UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSHUA CONVERSE,<br><br>    Petitioner,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS,<br><br>    Respondent. | *<br>*<br>*<br>*<br>*  Civil Action No. 11-11784-JLT<br>*<br>*<br>*<br>*<br>* |

ORDER

June 4, 2012

TAURO, J.

After considering Magistrate Judge Sorokin's Report and Recommendation [#16] and noting that there has been no objection, this court hereby ACCEPTS and ADOPTS the Report and Recommendation [#16] for the reasons set forth therein.

Petitioner's Petition [#1] is DENIED.  The Commonwealth's Motion to Dismiss [#6] is ALLOWED.  Accordingly, Petitioner's remaining motions [#11, 12, 14] are DENIED. This case is CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge