UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSHUA CONVERSE, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. 11-11784-JLT |
| COMMONWEALTH OF MASSACHUSETTS, | * | |
| Respondent. | * | |

ORDER

June 4, 2012

TAURO, J.

After considering Magistrate Judge Sorokin's Report and Recommendation [#16] and noting that there has been no objection, this court hereby ACCEPTS and ADOPTS the Report and Recommendation [#16] for the reasons set forth therein.

Petitioner's Petition [#1] is DENIED. The Commonwealth's Motion to Dismiss [#6] is ALLOWED. Accordingly, Petitioner's remaining motions [#11, 12, 14] are DENIED. This case is CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge